| Attorney or Party without Attorney:<br>ROM BAR-NISSIM (SBN 293356)<br>HEAH BAR-NISSIM LLP<br>1801 Century Park East Suite 2400<br>Los Angeles, CA 90067<br>  Telephone No: 310.432.2836<br>  Attorney For: Plaintiff | Ref. No. or File No.:<br>TEI VS. BYTEDANCE | For Court Use Only |
|---|---|---|

| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT<br>for the Northern District of California |
|---|
| Plaintiff: TED ENTERTAINMENT, INC.; ET AL<br>Defendant: BYTEDANCE INC. |

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>5:25-cv-10933-VKD |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Class Action Complaint; Order Setting Initial Case Management Conference and ADR Deadlines

3. a. Party served:      BYTEDANCE INC.
   b. Person served:   Koy Saechao, authorized to accept for CSC Lawyers Incorporating Service, Agent for Service of Process
      *Served under F.R.C.P. Rule 4.*

4. Address where the party was served:   2710 Gateway Oaks Drive Suite 150N, Sacramento, CA 95833

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Fri, Dec 26 2025 (2) at: 10:54 AM

6. **Person Who Served Papers:**
   a. Michael Morris (2012-33, Sacramento)
   b. FIRST LEGAL
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111

   d. **The Fee** for Service was: $100.65

7. **I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

12/26/2025
(Date)

(Signature)



PROOF OF SERVICE

14858211
(17595460)