PILLSBURY WINTHROP SHAW PITTMAN LLP
ANNE M. VOIGTS (220783)
anne.voigts@pillsburylaw.com
2400 Hanover Street
Palo Alto, CA 94304-1115
Telephone:    650.233.4500
Facsimile:    650.233.4545

LAURA C. HURTADO (267044)
laura.hurtado@pillsburylaw.com
KAYVAN M. GHAFFARI (299152)
kayvan.ghaffari@pillsburylaw.com
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111-5998
Telephone:    415.983.1000
Facsimile:    415.983.1200

Attorneys for Defendant
BYTEDANCE INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| TED ENTERTAINMENT, INC., MATT FISHER, and GOLFHOLICS, INC., each individually and on behalf of all other similarly situated,<br><br>        Plaintiffs,<br><br>  v.<br><br>BYTEDANCE INC.,<br><br>        Defendant. | Case No. 5:25-CV-10933-VKD<br><br>**DEFENDANT BYTEDANCE INC.'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS**<br><br>Complaint Filed: December 23, 2025 |

-2-

Pursuant to Federal Rule of Civil Procedure 7.1 Defendant Bytedance Inc. is a wholly owned subsidiary of Bytedance Ltd., a privately held corporation. No publicly held corporation owns 10% or more of the stock of Bytedance Inc. or Bytedance Ltd.

Pursuant to Civil Local Rule 3-15, the undersigned certifies that as of this date, other than the named parties, there is no financial or non-financial interest in the subject matter in controversy or in a party to the proceeding to report.

Dated: January 16, 2026

**PILLSBURY WINTHROP SHAW PITTMAN LLP**
Anne M. Voigts
Laura C. Hurtado
Kayvan M. Ghaffari

*/s/ Anne M. Voigts*
ANNE M. VOIGTS (220783)

Attorneys for Defendant,
BYTEDANCE INC.

-3-

CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2026 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

*/s/ Kayvan M. Ghaffari*
KAYVAN M. GHAFFARI