1  PILLSBURY WINTHROP SHAW PITTMAN LLP
   ANNE M. VOIGTS (220783)
2  anne.voigts@pillsburylaw.com
   2400 Hanover Street
3  Palo Alto, CA 94304-1115
4  Telephone:     650.233.4500
   Facsimile:     650.233.4545
5
   LAURA C. HURTADO (267044)
6  laura.hurtado@pillsburylaw.com
   KAYVAN M. GHAFFARI (299152)
7  kayvan.ghaffari@pillsburylaw.com
8  Four Embarcadero Center, 22nd Floor
   San Francisco, CA 94111-5998
9  Telephone:     415.983.1000
   Facsimile:     415.983.1200
10
11 Attorneys for Defendant
   BYTEDANCE INC.
12
   [Additional counsel listed on signature page]
13

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| TED ENTERTAINMENT, INC., MATT FISHER, and GOLFHOLICS, INC., each individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BYTEDANCE, INC.,<br><br>Defendant. | Case No. 5:25-CV-10933-JSC<br><br>**STIPULATION AND [PROPOSED] ORDER TO ENLARGE TIME TO RESPOND TO COMPLAINT AND CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES**<br><br>Complaint Filed: December 23, 2025 |

1   Pursuant to Civil Local Rules 6-1, 6-2, and 7-12, Plaintiffs Ted Entertainment, Inc., Matt
2   Fisher, and Golfholics, Inc. (collectively "Plaintiffs") and defendant Bytedance Inc. ("Bytedance")
3   (together, the "Parties"), by and through their respective counsel, hereby stipulate to enlarge the time
4   for Bytedance to respond to Plaintiffs' complaint and continue the initial case management conference
5   as follows:
6   WHEREAS, on December 23, 2025, Plaintiffs filed their complaint against Bytedance (ECF
7   1);
8   WHEREAS, on December 23, 2025, the Court entered the Initial Case Management
9   Scheduling Order with ADR Deadlines (ECF 4);
10  WHEREAS, on December 26, 2025, Bytedance was served with the summons and a copy of
11  the complaint (ECF 6);
12  WHEREAS, on January 15, 2026, the Parties agreed to extend the deadline for Bytedance to
13  respond to the complaint to March 17, 2026 (ECF 10);
14  WHEREAS, on February 12, 2026, this case was reassigned to this Court (ECF 16);
15  WHEREAS, on February 23, 2026, the Clerk's Notice Rescheduling Initial Case Management
16  Conference issued;
17  WHEREAS, Bytedance requested, as a matter of professional courtesy due to unexpected
18  personal matters arising on the part of defense counsel, an extension of the deadline for Bytedance to
19  respond to the complaint from March 17, 2026 to March 31, 2026, and Plaintiffs agreed and the Parties
20  stipulated pursuant to Civil Local Rule 6-1(a) to extend the deadline for Bytedance to respond to the
21  complaint from March 17, 2026 to March 31, 2026; and whereas, the Parties further agreed to a
22  modified briefing schedule for Bytedance's anticipated motion to dismiss;
23  WHEREAS, for purposes of efficiency, the Parties agree to continue the initial case
24  management conference and related deadlines as set forth below;
25  NOW THEREFORE, pursuant to Civil Local Rules 6-1, 6-2, and 7-12, the Parties stipulate
26  and request that the deadlines and dates be modified as follows:
27
28

| Event | Deadline | Proposed Deadline |
|---|---|---|
| Deadline to respond to complaint / file motion to dismiss | 3/17/26 | 3/31/26 |
| Deadline to file opposition to motion to dismiss | 3/31/26 (if motion filed 3/17) | 4/30/26 |
| Deadline to file reply in support of motion to dismiss | 4/7/26 (if motion filed 3/17) | 5/21/26 |
| Deadline to file ADR Certification | 3/11/26 | 6/11/26 |
| Deadline to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan | 3/11/26 | 6/11/26 |
| Deadline to make initial disclosures | 3/25/26 | 6/25/26 |
| Deadline to file joint case management statement | 3/25/26 | 7/2/26 |
| Initial case management conference: Courtroom 8 - 19th Floor, 450 Golden Gate Ave, San Francisco, CA | 4/1/26 at 2 p.m. | 7/8/26 at 2 p.m. |

Pursuant to Civil Local Rule 6-2, this stipulation is accompanied by the Declaration of Laura C. Hurtado setting forth (1) the reasons for the requested enlargement of time; (2) all previous modifications in this case; and (3) the effect of the requested enlargement of time.

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: March 9, 2026 | Respectfully submitted, |
| 3 | | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| 4 | | */s/ Kayvan M. Ghaffari* |
| 5 | | ANNE M. VOIGTS (220783) |
| 6 | | anne.voigts@pillsburylaw.com<br>2550 Hanover Street |
| 7 | | Palo Alto, CA 94304-1115<br>Telephone:   650.233.4500 |
| 8 | | Facsimile:   650.233.4545 |
| 9 | | LAURA C. HURTADO (267044) |
| 10 | | laura.hurtado@pillsburylaw.com<br>KAYVAN M. GHAFFARI (299152) |
| 11 | | kayvan.ghaffari@pillsburylaw.com<br>Four Embarcadero Center, 22nd Floor |
| 12 | | San Francisco, CA 94111-5998<br>Telephone:   415.983.1000 |
| 13 | | Facsimile:    415.983.1200 |
| 14 | | Attorneys for Defendant, |
| 15 | | BYTEDANCE INC. |
| 16 | | |
| 17 | Dated: March 9, 2026 | HEAH BAR-NISSIM LLP |
| 18 | | */s/ Rom Bar-Nissim* |
| 19 | | |
| 20 | | Rom Bar-Nissim (293356)<br>Rom@HeahBarNissim.com |
| 21 | | 1801 Century Park East, Suite 2400<br>Los Angeles, CA 90067 |
| 22 | | Telephone: (310) 432-90067<br>Facsimile: (310) 785-4601 |
| 23 | | |
| 24 | | ELLZEY KHERKHER SANFORD MONTGOMERY LLP |
| 25 | | Jarrett Lee Ellzey (Pro hac vice forthcoming)<br>JEllzey@EKSM.com |
| 26 | | Tom Kherkher (Pro hac vice forthcoming)<br>TKherkher@EKSM.com |
| 27 | | Leigh S. Montgomery (Pro hac vice forthcoming)<br>LMontgomery@EKSM.com |
| 28 | | |

-4-
STIPULATION AND [PROPOSED] ORDER TO ENLARGE TIME TO RESPOND TO COMPLAINT AND
CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES
Case No: 5:25-CV-10933 JSC

Natischa Volpe (Pro hac vice forthcoming)
NVolpe@EKSM.com
4200 Montrose Street, Suite 200
Houston, TX 77006
Telephone: (713) 244-6363

Attorneys for Plaintiffs,
TED Entertainment, Inc., Matt Fisher, and Golfholics, Inc.,
each individually and on behalf of all others similarly
situated

### ATTESTATION PURSUANT TO CIVIL L.R. 5-1

The filer attests that the other signatories listed, on whose behalf the filing is also submitted, are registered CM/ECF filers and concur in the filing's content and have authorized the filing.

Dated: March 9, 2026          */s/ Kayvan M. Ghaffari*
                              KAYVAN M. GHAFFARI