1  PILLSBURY WINTHROP SHAW PITTMAN LLP
   ANNE M. VOIGTS (220783)
2  anne.voigts@pillsburylaw.com
   2400 Hanover Street
3  Palo Alto, CA 94304-1115
4  Telephone:    650.233.4500
   Facsimile:    650.233.4545
5
   LAURA C. HURTADO (267044)
6  laura.hurtado@pillsburylaw.com
7  KAYVAN M. GHAFFARI (299152)
   kayvan.ghaffari@pillsburylaw.com
8  Four Embarcadero Center, 22nd Floor
   San Francisco, CA 94111-5998
9  Telephone:    415.983.1000
   Facsimile:    415.983.1200
10
11 Attorneys for Defendant
   BYTEDANCE INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| TED ENTERTAINMENT, INC., MATT FISHER, and GOLFHOLICS, INC., each individually and on behalf of all other similarly situated,<br><br>   Plaintiffs,<br><br>   v.<br><br>BYTEDANCE, INC.,<br><br>   Defendant. | Case No. 5:25-CV-10933-JSC<br><br>**DECLARATION OF LAURA C. HURTADO IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER TO ENLARGE TIME TO RESPOND TO COMPLAINT AND CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES** |

I, Laura C. Hurtado, declare as follows:

1. I am an active member of the State Bar of California and admitted to practice in this District. I am a member of the law firm of Pillsbury Winthrop Shaw Pittman LLP and counsel for Defendant Bytedance Inc. ("Bytedance") in this matter. I have personal knowledge of the facts set forth herein, except where expressly stated otherwise, and if called as a witness I could and would testify competently thereto. I submit this declaration in support of the parties' Stipulation and [Proposed] Order to Enlarge Time to Respond to Complaint and Continue Case Management Conference and Related Deadlines.

2. I am informed that Bytedance was served with the summons and complaint in this action on December 26, 2025. Plaintiffs Ted Entertainment, Inc., Matt Fisher, and Golfholics, Inc. (collectively "Plaintiffs") and Bytedance (together, the "Parties") agreed, pursuant to Civil Local Rule 6-1(a) to extend the original deadline for Bytedance to respond to the complaint to March 17, 2026.

3. On February 23, 2026, following reassignment of this case to this Court, the Clerk issued the Clerk's Notice Rescheduling Initial Case Management Conference, which rescheduled the initial case management conference from March 24, 2026 to April 1, 2026.

4. As a matter of professional courtesy due to unexpected personal matters arising on the part of defense counsel, Bytedance requested an extension of the deadline for Bytedance to respond to the complaint from March 17, 2026 to March 31, 2026. Plaintiffs agreed, and the Parties stipulated pursuant to Civil Local Rule 6-1(a) to extend the deadline for Bytedance to respond to the complaint from March 17, 2026 to March 31, 2026. The Parties further agree to a modified briefing schedule for Bytedance's anticipated motion to dismiss.

5. For purposes of efficiency, the Parties agree to continue the initial case management conference and related deadlines to after the conclusion of briefing on the motion to dismiss.

//
//
//
//

-2-
HURTADO DECL. ISO STIPULATION AND [PROPOSED] ORDER TO ENLARGE TIME TO RESPOND TO COMPLAINT AND CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES
Case No: 5:25-CV-10933 JSC

6. There have been no other time modifications in this case. Other than as set forth in the stipulation, the requested enlargement would have no effect on the schedule for the case because no other deadlines have been set.

I declare under penalty of perjury under the laws of the United States that the above is true and accurate. Executed this 9th day of March 2026 in San Francisco, California

*/s/ Laura C. Hurtado*
Laura C. Hurtado