PILLSBURY WINTHROP SHAW PITTMAN LLP
ANNE M. VOIGTS (220783)
anne.voigts@pillsburylaw.com
2400 Hanover Street
Palo Alto, CA 94304-1115
Telephone:     650.233.4500
Facsimile:     650.233.4545

LAURA C. HURTADO (267044)
laura.hurtado@pillsburylaw.com
KAYVAN M. GHAFFARI (299152)
kayvan.ghaffari@pillsburylaw.com
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111-5998
Telephone:     415.983.1000
Facsimile:     415.983.1200

Attorneys for Defendant
BYTEDANCE INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| TED ENTERTAINMENT, INC., MATT FISHER, and GOLFHOLICS, INC., each individually and on behalf of all other similarly situated,<br><br>       Plaintiffs,<br><br>  v.<br><br>BYTEDANCE INC.,<br><br>       Defendant. | Case No. 3:25-CV-10933-JSC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT BYTEDANCE, INC.'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT**<br><br>*[Filed concurrently with Notice of Motion and Motion to Dismiss Plaintiffs' Complaint; Memorandum of Points and Authorities in Support Thereof]*<br><br>Complaint Filed: December 23, 2025 |

# [PROPOSED] ORDER

Having considered Defendant ByteDance, Inc.'s ("BDI") Motion to Dismiss Plaintiffs Ted Entertainment, Inc., Matt Fisher and Golfholics, Inc.'s ("Plaintiffs") Complaint ("Motion") (ECF No. 25), and good cause appearing, the Court finds that the Motion should be granted.

**IT IS HEREBY ORDERED** that Defendant ByteDance, Inc.'s Motion to Dismiss Plaintiffs' Complaint (ECF No. 25) is GRANTED.

**IT IS SO ORDERED.**

Dated: _____

_____
Hon. Jacqueline Scott Corley
United States District Judge

[PROPOSED] ORDER GRANTING MOTION TO DISMISS PLAINTIFFS' COMPLAINT
Case No: 3:25-CV-10933-JSC