PILLSBURY WINTHROP SHAW PITTMAN LLP
ANNE M. VOIGTS (220783)
anne.voigts@pillsburylaw.com
2400 Hanover Street
Palo Alto, CA 94304-1115
Telephone:     650.233.4500
Facsimile:     650.233.4545

LAURA C. HURTADO (267044)
laura.hurtado@pillsburylaw.com
KAYVAN M. GHAFFARI (299152)
kayvan.ghaffari@pillsburylaw.com
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111-5998
Telephone:     415.983.1000
Facsimile:     415.983.1200

Attorneys for Defendant
BYTEDANCE INC.

[Additional counsel listed on signature page]

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| TED ENTERTAINMENT, INC., MATT FISHER, and GOLFHOLICS, INC., each individually and on behalf of all other similarly situated<br><br>               Plaintiffs,<br><br>          v.<br><br>BYTEDANCE, INC.,<br><br>               Defendant. | Case No. 5:25-CV-10933-JSC<br><br>**STIPULATION AND [PROPOSED] ORDER TO ENLARGE TIME TO RESPOND TO AMENDED COMPLAINT AND CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES**<br><br>Complaint Filed:  December 23, 2025<br>First Amended Complaint Filed: April 13, 2026 |

Pursuant to Civil Local Rules 6-1, 6-2, and 7-12, Plaintiffs Ted Entertainment, Inc., Matt Fisher, and Golfholics, Inc. (collectively "Plaintiffs") and defendant Bytedance Inc. ("Bytedance") (together, the "Parties"), by and through their respective counsel, hereby stipulate to enlarge the time for Bytedance to respond to Plaintiffs' First Amended Class Action Complaint ("FAC") and continue the initial case management conference as follows:

WHEREAS, on December 23, 2025, Plaintiffs filed their complaint against Bytedance (ECF 1);

WHEREAS, on December 23, 2025, the Court entered the Initial Case Management Scheduling Order with ADR Deadlines (ECF 4);

WHEREAS, on December 26, 2025, Bytedance was served with the summons and a copy of the complaint (ECF 6);

WHEREAS, on January 15, 2026, the Parties agreed to extend the deadline for Bytedance to respond to the complaint to March 17, 2026 (ECF 10);

WHEREAS, on February 12, 2026, this case was reassigned to this Court (ECF 16);

WHEREAS, on February 23, 2026, the Clerk's Notice Rescheduling Initial Case Management Conference issued (ECF 17);

WHEREAS, on March 9, 2026, the parties filed a stipulation requesting an extension of the deadline for Bytedance to respond to the complaint; a modified briefing schedule for Bytedance's anticipated motion to dismiss; and a continuation of the initial case management conference and related deadlines (ECF 18);

WHEREAS, on March 10, 2026, the Court granted the parties' stipulation to enlarge time to respond to the complaint and continue the initial case management conference and related deadlines (ECF 19);

WHEREAS, on March 31, 2026, Bytedance filed a motion to dismiss the complaint (ECF 25);

WHEREAS, on April 1, 2026, Bytedance filed a correction of ECF 25 (ECF 26);

WHEREAS, on April 13, 2026, Plaintiffs filed the FAC (ECF 27);

WHEREAS, Bytedance requested an extension of the deadline for Bytedance to respond to the

FAC by 60 days, and Plaintiffs agreed and the Parties stipulated pursuant to Civil Local Rule 6-1(a) to extend the deadline for Bytedance to respond to the Amended Complaint from April 27, 2026 to June 26, 2026; and the Parties further agreed to a modified briefing schedule for Bytedance's anticipated motion to dismiss as set forth below;

WHEREAS, for purposes of efficiency, the Parties agree to continue the initial case management conference and related deadlines as set forth below;

NOW THEREFORE, pursuant to Civil Local Rules 6-1, 6-2, and 7-12, the Parties stipulate and request that the deadlines and dates be modified as follows:

| Event | Deadline | Proposed Deadline |
|---|---|---|
| Deadline to respond to FAC / file motion to dismiss | 4/27/26 | 6/26/26 |
| Deadline to file opposition to motion to dismiss | 4/30/26 | 7/27/26 |
| Deadline to file reply in support of motion to dismiss | 5/21/26 | 8/17/26 |
| Deadline to file ADR Certification | 6/11/26 | 9/8/26 |
| Deadline to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan | 6/11/26 | 9/8/26 |
| Deadline to make initial disclosures | 6/25/26 | 9/22/26 |
| Deadline to file joint case management statement | 7/2/26 | 9/30/26 |
| Initial case management conference | 7/8/26 at 2 p.m. | 10/7/26 at 2 p.m. |

Pursuant to Civil Local Rule 6-2, this stipulation is accompanied by the Declaration of Kayvan M. Ghaffari setting forth (1) the reasons for the requested enlargement of time; (2) all previous

STIPULATION AND [PROPOSED] ORDER TO ENLARGE TIME TO RESPOND TO AMENDED COMPLAINT
AND CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES
Case No: 5:25-CV-10933 JSC

modifications in this case; and (3) the effect of the requested enlargement of time.

**IT IS SO STIPULATED.**

Dated: April 23, 2026                    Respectfully submitted,

PILLSBURY WINTHROP SHAW PITTMAN LLP

*/s/ Kayvan M. Ghaffari*
ANNE M. VOIGTS (220783)
anne.voigts@pillsburylaw.com
2550 Hanover Street

Palo Alto, CA 94304-1115
Telephone:    650.233.4500
Facsimile:    650.233.4545

LAURA C. HURTADO (267044)
laura.hurtado@pillsburylaw.com
KAYVAN M. GHAFFARI (299152)
kayvan.ghaffari@pillsburylaw.com
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111-5998
Telephone:    415.983.1000
Facsimile:    415.983.1200

Attorneys for Defendant,
BYTEDANCE INC.

Dated: April 23, 2026                    HEAH BAR-NISSIM LLP

*/s/ Rom Bar-Nissim*
Rom Bar-Nissim (293356)
Rom@HeahBarNissim.com
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone: (310) 432-90067
Facsimile: (310) 785-4601

ELLZEY KHERKHER SANFORD MONTGOMERY LLP
Jarrett Lee Ellzey (Pro hac vice forthcoming)
JEllzey@EKSM.com
Tom Kherkher (Pro hac vice forthcoming)

STIPULATION AND [PROPOSED] ORDER TO ENLARGE TIME TO RESPOND TO AMENDED COMPLAINT
AND CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES
Case No: 5:25-CV-10933 JSC

TKherkher@EKSM.com
Leigh S. Montgomery (Pro hac vice forthcoming)
LMontgomery@EKSM.com
Natischa Volpe (Pro hac vice forthcoming)
NVolpe@EKSM.com
4200 Montrose Street, Suite 200
Houston, TX 77006
Telephone: (713) 244-6363

Attorneys for Plaintiffs,
TED Entertainment, Inc., Matt Fisher, and Golfholics, Inc.,
each individually and on behalf of all others similarly
situated

## ATTESTATION PURSUANT TO CIVIL L.R. 5-1

The filer attests that the other signatories listed, on whose behalf the filing is also submitted, are registered CM/ECF filers and concur in the filing's content and have authorized the filing.

Dated: April 23, 2026          */s/ Kayvan M. Ghaffari*
                                KAYVAN M. GHAFFARI

STIPULATION AND [PROPOSED] ORDER TO ENLARGE TIME TO RESPOND TO AMENDED COMPLAINT
AND CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES
Case No: 5:25-CV-10933 JSC