PILLSBURY WINTHROP SHAW PITTMAN LLP
ANNE M. VOIGTS (220783)
anne.voigts@pillsburylaw.com
2400 Hanover Street
Palo Alto, CA 94304-1115
Telephone:    650.233.4500
Facsimile:    650.233.4545

LAURA C. HURTADO (267044)
laura.hurtado@pillsburylaw.com
KAYVAN M. GHAFFARI (299152)
kayvan.ghaffari@pillsburylaw.com
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111-5998
Telephone:    415.983.1000
Facsimile:    415.983.1200

Attorneys for Defendant
BYTEDANCE INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| TED ENTERTAINMENT, INC., MATT FISHER, and GOLFHOLICS, INC., each individually and on behalf of all other similarly situated,<br><br>                Plaintiffs,<br><br>        v.<br><br>BYTEDANCE, INC.,<br><br>                Defendant. | Case No. 5:25-CV-10933-JSC<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO ENLARGE TIME TO RESPOND TO FIRST AMENDED COMPLAINT AND CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES** |

Having read and considered the Stipulation to Enlarge Time to Respond to First Amended Complaint and Continue Case Management Conference and Related Deadlines and supporting declaration, it is approved.  The following is adopted as the schedule for this case:

| Event | Deadline |
| --- | --- |
| Deadline to respond to Amended Complaint / file motion to dismiss | 7/6/26 |
| Deadline to file opposition to motion to dismiss | 8/6/26 |
| Deadline to file reply in support of motion to dismiss | 8/27/26 |
| Deadline to file ADR Certification | 9/18/26 |
| Deadline to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan | 9/18/26 |
| Deadline to make initial disclosures | 10/2/26 |
| Deadline to file joint case management statement | 10/13/26 |
| Initial case management conference | 10/21/26 at 2 p.m. |

**IT IS SO ORDERED.**

Dated: June 2, 2026



Hon. Jacqueline Scott Corley

Judge Jacqueline Scott Corley

-2-

[PROPOSED] ORDER GRANTING STIPULATION TO ENLARGE TIME TO RESPOND TO FIRST AMENDED COMPLAINT AND CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES
Case No: 5:25-CV-10933 JSC