PILLSBURY WINTHROP SHAW PITTMAN LLP
ANNE M. VOIGTS (220783)
anne.voigts@pillsburylaw.com
2400 Hanover Street
Palo Alto, CA 94304-1113
Telephone: 650.233.4500
Facsimile: 650.233.4545

LAURA C. HURTADO (267044)
laura.hurtado@pillsburylaw.com
KAYVAN M. GHAFFARI (299152)
kayvan.ghaffari@pillsburylaw.com
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111-5998
Telephone: 415.983.1000
Facsimile: 415.983.1200

Attorneys for Defendant
BYTEDANCE INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

TED ENTERTAINMENT, INC., MATT FISHER, and GOLFHOLICS, INC., each individually and on behalf of all others similarly situated,

Plaintiffs,

v.

BYTEDANCE INC.,

Defendant.

Case No. 3:25-cv-10933-JSC

**JOINT STIPULATION TO ENLARGE TIME TO ANSWER PLAINTIFFS' FIRST AMENDED COMPLAINT**

[CIVIL LOCAL RULE 6-1(a)]

Judge: Hon. Jacqueline Scott Corley
Courtroom 8, 19th Floor

Amended Complaint Filed: April 13, 2026

Pursuant to Civil Local Rule 6-1(a), Plaintiffs Ted Entertainment, Inc. and Matt Fisher ("Plaintiffs") and Defendant Bytedance Inc. ("Bytedance") (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate to enlarge the time within which Bytedance is required to answer or otherwise respond to Plaintiffs' First Amended Complaint (ECF 27) as follows:

WHEREAS, on October 2, 2026, the Court denied Bytedance's Motion to Dismiss the First Amended Complaint;

WHEREAS, Bytedance's current deadline to answer the First Amended Complaint is October 16, 2026;

WHEREAS, Bytedance requested, and Plaintiffs agreed, to extend Bytedance's deadline to answer or otherwise respond to the First Amended Complaint by 31 days to November 16, 2026;

NOW, THEREFORE, pursuant to Civil Local Rule 6-1(a), the Parties stipulate and agree that the deadline for Bytedance to respond to the First Amended Complaint is extended to November 16, 2026. This stipulation will not alter the date of any event or deadline already fixed by Court order.

**IT IS SO STIPULATED.**

Dated: October 9, 2026

Respectfully submitted,

PILLSBURY WINTHROP SHAW PITTMAN LLP

*/s/ Anne M. Voigts*

ANNE M. VOIGTS (220783)
anne.voigts@pillsburylaw.com
2400 Hanover Street
Palo Alto, CA 94304-1113
Telephone: 650.233.4500
Facsimile: 650.233.4545

LAURA C. HURTADO (267044)
laura.hurtado@pillsburylaw.com
KAYVAN M. GHAFFARI (299152)
kayvan.ghaffari@pillsburylaw.com
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111-5998
Telephone: 415.983.1000
Facsimile: 415.983.1200

*Attorneys for Defendant Bytedance, Inc.*

Dated: October 9, 2026

HEAH BAR-NISSIM LLP

*/s/ Morgan McCollum*

Rom Bar-Nissim (293356)
Rom@HeahBarNissim.com
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone: (310) 432-90067
Facsimile: (310) 785-4601

ELLZEY KHERKHER SANFORD MONTGOMERY LLP
Jarrett Lee Ellzey (*Pro hac vice*)
JEllzey@EKSM.com
Tom Kherkher (*Pro hac vice*)
TKherkher@EKSM.com
Leigh S. Montgomery (Pro hac vice forthcoming)
LMontgomery@EKSM.com
Natischa Volpe (Pro hac vice forthcoming)
NVolpe@EKSM.com
4200 Montrose Street, Suite 200
Houston, TX 77006
Telephone: (713) 244-6363

Max L. Tribble, Jr. (SBN 326851)
Justin A. Nelson (*pro hac vice*)
SUSMAN GODFREY L.L.P
1000 Louisiana Street, Suite 5100
Houston, TX 77002-5096
Telephone: (713) 651-9366
MTribble@susmangodfrey.com
JNelson@susmangodfrey.com

Rohit D. Nath (SBN 316062)
Michael Gervais (SBN 330731)
SUSMAN GODFREY L.L.P
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-2906
Telephone: (310) 789-3100
RNath@susmangodfrey.com
MGervais@susmangodfrey.com

Morgan McCollum (pro hac vice)
SUSMAN GODFREY L.L.P.
One Manhattan West, 50th Fl.
New York, NY 10001
Telephone: (212) 336-8330
MMcCollum@susmangodfrey.com

*Attorneys for Plaintiffs and the Proposed Class*

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1**

The filer attests that the other signatories listed, on whose behalf the filing is also submitted, are registered CM/ECF filers and concur in the filing's content and have authorized the filing.

Dated: October 9, 2026

*/s/ Anne M. Voigts*
ANNE M. VOIGTS