United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TED ENTERTAINMENT, INC., et al.,

Plaintiffs,

v.

BYTEDANCE INC,

Defendant.

Case No. 25-cv-10933-JSC

**PRETRIAL ORDER NO. 1: CASE SCHEDULE THROUGH CLASS CERTIFICATION HEARING**

Following the initial case management conference held on October 21, 2026, the Court ORDERS:

- Deadline to file class certification motion: October 18, 2027
- Deadline to oppose class certification motion: December 17, 2027
- Deadline to file class certification motion reply: January 31, 2028
- Class certification hearing: March 23, 2028

Each side may file one Rule 702 motion, not to exceed 20 pages, challenging the opposing parties' expert[s]. The motions must be filed no later than February 10, 2028, with a single opposition, not to exceed 20 pages, filed by February 24, 2028, and a single reply, not to exceed 10 pages, filed by March 2, 2028. The parties shall ensure each side has an opportunity to depose all experts on all offered opinions prior to the Rule 702 motion deadline.

The Court will hold a further case management conference on January 20, 2027, with an updated joint case management conference statement due one week in advance. The statement shall address, among other things, the coordination of third-party discovery with Plaintiff's other

actions pending in this District.

**IT IS SO ORDERED.**

Dated: October 21, 2026

JACQUELINE SCOTT CORLEY
United States District Judge

United States District Court
Northern District of California