Rom Bar-Nissim (SBN 293356)
Rom@HeahBarNissim.com
HEAH BAR-NISSIM LLP
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone: (310) 432-2836

Jarrett Lee Ellzey (*pro hac vice*)
Tom Kherkher (*pro hac vice*)
ELLZEY KHERKHER SANFORD MONTGOMERY LLP
4200 Montrose Street, Suite 200
Houston, TX 77006
JEllzey@EKSM.com
TKherkher@EKSM.com

*Attorneys for Plaintiffs and the Proposed Class*
(Additional counsel on signature page)

Rohit D. Nath (SBN 316062)
Michael Gervais (SBN 330731)
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-2906
Telephone: (310) 789-3100
RNath@susmangodfrey.com
MGervais@susmangodfrey.com

Max L. Tribble, Jr. (SBN 326851)
Justin A. Nelson (*pro hac vice*)
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX 77002-5096
Telephone: (713) 651-9366
MTribble@susmangodfrey.com
JNelson@susmangodfrey.com

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

TED ENTERTAINMENT, INC. and MATT FISHER, each individually and on behalf of all others similarly situated,

Plaintiffs,

vs.

BYTEDANCE INC.,
Defendant.

Case No. 3:25-cv-10933-JSC

Honorable Jacqueline Scott Corley

**PLAINTIFF TED ENTERTAINMENT, INC.'S NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that Plaintiff Ted Entertainment, Inc. files this Notice of Voluntary Dismissal of its claims against Defendant ByteDance Inc., without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Plaintiff's dismissal is without prejudice to participate and/or recover as a class member in this action. This Notice of Voluntary Dismissal is being filed with the Court before service by Defendant of either an answer or motion for summary judgment.

Plaintiff Matt Fisher will remain as a Plaintiff in this action.

Respectfully submitted,

Dated: October 27, 2026

By: /s/ Rom Bar-Nissim
HEAH BAR-NISSIM LLP
Rom Bar-Nissim (SBN 293356)
Rom@HeahBarNissim.com
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone: (310) 432-2836

SUSMAN GODFREY L.L.P.
Rohit D. Nath (SBN 316062)
Michael Gervais (SBN 330731)
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-2906
Telephone: (310) 789-3100
RNath@susmangodfrey.com
MGervais@susmangodfrey.com

Max L. Tribble, Jr. (SBN 326851)
Justin A. Nelson (*pro hac vice*)
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX 77002-5096
Telephone: (713) 651-9366
MTribble@susmangodfrey.com
JNelson@susmangodfrey.com

Morgan McCollum (*pro hac vice*)
SUSMAN GODFREY L.L.P.
One Manhattan West, Fl. 50
New York, NY 10001
Telephone: (212) 336-8330
MMcCollum@susmangodfrey.com

Jarrett Lee Ellzey (*pro hac vice*)
Tom Kherkher (*pro hac vice*)
ELLZEY KHERKHER SANFORD MONTGOMERY LLP
4200 Montrose Street, Suite 200
Houston, TX 77006
JEllzey@EKSM.com
TKherkher@EKSM.com

*Attorneys for Plaintiffs and the Proposed Class*

## CERTIFICATE OF SERVICE

I hereby certify this 27th day of October, 2026, I caused a true and correct copy of the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification to the attorneys of record, and is available for viewing and downloading.

/s/ Rom Bar-Nissim
Rom Bar-Nissim